UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL BARRIOS,**<br>     Plaintiff**,**<br>     vs.<br>**ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,**<br>     Defendant. | CASE NO. 20-cv-04598-YGR<br><br>**JUDGMENT** |

The Court, having granted defendant's motion for summary judgment, hereby orders, adjudges, and decrees that judgment be entered in favor of defendant.

The Clerk of Court shall enter judgment and close the matter.

**IT IS SO ORDERED.**

Dated:   September 22, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**